FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ MAY 06 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HERBERT MORALES,  　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　98-CV- 6284 (FB)
　　　　　　Petitioner,

　-against-

CHARLES GREINER, Superintendent,
Sing Sing Correctional Facility,


　　　　　　Respondent.
------------------------------------------------------------------X

　　　A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on May 5, 2005, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

　　　ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that a Certificate of Appealability will not issue.


Dated: Brooklyn, New York
　　　　May 05, 2005

　　　　　　　　　　　　　　　　　　　　　　s/Robert C. Heinemann
　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court